In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Lands for the Purpose of Establishing a Public Beach in the Borough of Brooklyn.

FREDERICK RABBE, as Trustee, et al., Respondents; ROBERT J. STEPHENSON, as Executor of AGNES M. STEPHENSON, Deceased, Appellant.

Argued April 18, 1938; decided May 17, 1938.

*William F. Weber* for appellant.

*Hartley G. Pelletier, Frank Hancock Hennessy* and *Joseph I. Boylan* for Frederick Rabbe, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.